GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
　MCooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
　KMagallanes@gibsondunn.com
NATALIE D. DYGERT, SBN 307391
　NDygert@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220

Attorneys for Defendant
AMAZON.COM SERVICES LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BUTZKE, as an individual and on behalf of all employees similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 5:23-cv-01155-CJC-RAO<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ORDER STAYING ACTION**<br><br>Judge:　Hon. Cormac J. Carney<br>Date Action Filed:　May 16, 2023 |

Gibson, Dunn & Crutcher LLP

Pursuant to Local Rule 40-2, Plaintiff Steven Butzke ("Butzke") and Defendant Amazon.com Services LLC ("Amazon"), by and through their counsel of record, hereby notify the Court that the parties have reached an agreement in principle to resolve Plaintiff's individual claims against Amazon. The parties are currently working on memorializing the settlement in a long form settlement agreement.

Accordingly, the parties respectfully request that the Court issue an order: (1) staying this action, except to accomplish the matters described above; and (2) vacating all current deadlines, including the August 18, 2023, deadline for Amazon to file its responsive pleading.

The parties further agree, subject to the Court's approval, to file a Joint Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or provide a progress report on the status of settlement, within the next 60 days.

DATED: August 16, 2023

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY
KATIE M. MAGALLANES
NATALIE D. DYGERT

By: */s/ Megan Cooney*
　　Megan Cooney

Attorneys for Defendant
AMAZON.COM SERVICES LLC

DATED: August 16, 2023

TUNYAN LAW, APC
LILIT TUNYAN
ARTUR TUNYAN

By: */s/ Lilit Tunyan*
　　Lilit Tunyan

Attorneys for Plaintiff
STEVEN BUTZKE, as an individual and on behalf of all employees similarly situated

**ATTESTATION PURSUANT TO L.R. 5-4.3.4**

    I, Megan Cooney, attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the contents of the stipulation and have authorized this filing.

By:    */s/ Megan Cooney*
           Megan Cooney

Attorneys for Defendant
AMAZON.COM SERVICES LLC