JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BUTZKE, as an individual and on behalf of all employees similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>           Defendants. | CASE NO. 5:23-cv-01155-CJC-RAO<br><br>**ORDER GRANTING JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ORDER STAYING ACTION**<br><br>Judge:   Hon. Cormac J. Carney<br>Date Action Filed:   May 16, 2023 |

Gibson, Dunn & Crutcher LLP

# ORDER

Having received and considered the Joint Notice of Settlement and Request for Order Staying Action submitted by Plaintiff Steven Butzke and Defendant Amazon.com Services LLC, the Court finds good cause exists to stay this action and vacate all deadlines as a result of the pending settlement.

Accordingly, IT IS HEREBY ORDERED that:

1. This action shall be stayed, except to accomplish finalization of the settlement agreement;

2. All currently pending deadlines, including Defendant's August 18, 2023, responsive pleading deadline, are vacated; and

3. The Parties shall file a Joint Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or provide a progress report on the status of settlement, within the next 60 days.

**IT IS SO ORDERED.**

DATED:  August 16, 2023

Honorable Cormac J. Carney
United States District Judge