1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BUTZKE, as an individual and on behalf of all employees similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 5:23-cv-01155-CJC-RAO<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Judge:　　Hon. Cormac J. Carney<br>Date Action Filed:　　May 16, 2023 |

# ORDER

Having received and considered the Joint Stipulation Voluntarily Dismissing Case submitted by Plaintiff Steven Butzke and Defendant Amazon.com Services LLC, the Court finds good cause exists to dismiss this entire action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action shall be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any other non-party employees, thereby resulting in the dismissal of this entire action pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED: October 19, 2023

_____
Honorable Cormac J. Carney
United States District Court Judge